# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-3224-CV-S-GAF |
| ) | |
| DONALD JEFFERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Pursuant to a Motion for Revocation of Conditional Release filed by the government (Doc. 35), a warrant of arrest was issued and the defendant was taken into custody. In accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, this matter was referred to the United States Magistrate Judge for preliminary review under 28 U.S.C. § 636(b). Thereafter, on September 6, 2013, the United States filed a Motion for Conditional Release (Doc. 42), stating that it was the opinion of the mental health staff members that the defendant has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another.

The United States Magistrate Judge has completed his preliminary review to determine defendant's mental condition and has submitted a report and recommendation to the undersigned. Therefore, after a full review of the report and recommendation and the files and

records in the case, it is concluded that the findings of fact, conclusions of law, and proposed action of the Magistrate are correct and should be approved.

**IT IS THEREFORE ORDERED** that the conditional release previously ordered be **REVOKED**.

**IT IS FURTHER ORDERED** that the defendant be **RECOMMITTED** under the provisions of 18 U.S.C. § 4246.

**IT IS FURTHER ORDERED** that, in accordance with the report and recommendation of the United States Magistrate Judge, the defendant be, and is hereby, **CONDITIONALLY RELEASED** under the following conditions:

1. Upon leaving the United States Medical Center for Federal Prisoners, Mr. Jeffers shall reside at 613 Middle Ave., Apt. B, Durham, NC 27703, or at any residence or residential facility approved by the United States Probation Officer. All future residences, while on supervision, must be approved in advance by the U.S. Probation Officer.

2. Mr. Jeffers shall not possess any weapons or firearms, and he will refrain from the use of illegal substances, alcohol, and not abuse prescription medications, while on supervision.

3. Mr. Jeffers shall comply with the standard conditions of supervision, and any other conditions as adopted by the U.S. Probation Office.

4. Mr. Jeffers shall voluntarily participate in inpatient, and/or outpatient, mental health treatment as directed by the U.S. Probation Office.

5. Mr. Jeffers shall voluntarily take all prescribed psychotropic medications, and will voluntarily take intramuscular injections of his psychotropic medications, as prescribed by his treating physician.

6. Mr. Jeffers shall voluntarily release all psychiatric and medical records, and confirmation to the U.S. Probation Officer, and to all treating medical and psychiatric personnel, as directed by the U.S. Probation Officer.

7. If deemed necessary by the supervising U.S. Probation Officer, Mr. Jeffers shall participate in substance abuse testing and treatment at the direction of the U.S. Probation Officer.

8. Upon the recommendation of the medical/psychiatric provider, and/or U.S. Probation Officer, Mr. Jeffers shall voluntarily admit himself into a hospital for psychiatric treatment. If he refuses, involuntary procedures may be implemented.

**IT IS SO ORDERED.**

                                                  s/ Gary A. Fenner
                                                  GARY A. FENNER, JUDGE
                                                  UNITED STATES DISTRICT COURT

DATED: September 18, 2013